**Order entered March 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00970-CV

## KESHA TERRY, Appellant

## V.

## ROSEMARY INCENCIO, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10849**

## ORDER

Before the Court is appellant's March 2, 2021 "Motion to hold off Appeal due to Evidence Concerning Court Records" and appellees' response. We **DENY** the motion.

/s/ CRAIG SMITH
JUSTICE